182

Joseph P. Green, Jr., West Chester, for Ray L. Gentile.

Stuart Suss, West Chester, Nicholas J. Casenta, Jr., for Com.

G.D. Anthony, Harrisburg, for Judicial Conduct Bd.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, JJ.

**ORDER**

PER CURIAM.

Appeal dismissed as having been improvidently granted.

675 A.2d 710

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Malcolm H. TORAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted April 19, 1996.

Decided May 21, 1996.

Christopher M. McElynn, Erie, for Com.

Malcolm Toran, pro se.

David Ridge, Joseph Burt, Erie, for Malcolm Toran.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.

675 A.2d 711

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Richard W. QUINLAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 22, 1995.

Decided May 21, 1996.

James K. Vogel, Anthony R. Himes, Erie, for Com.

Richard W. Quinlan, pro se.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.